IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA

CASE NO: 15-CV-00280 (PRL)

RICHARD ALAN KING,
    Plaintiff,

v.

WARDEN, FCC COLEMAN-USP-I
    Respondent.

           Plaintiffs First Motion
           For Bail. Evidentiary
           Hearing Requested

_____/

Comes now Plaintiff, Richard Alan King, pro se and moves this honorable court to release Petitioner on bail pending disposition of Petitioners application for habeas corpus relief now pending before this honorable court.

In June 2015, Petitioner applied for a Writ of Habeas Corpus contending inter alia that the judgment and commitment order authorizing the Respondent Warden to imprison Petitioner is null and void in that the indictment under which Petitioner was tried failed to state an offense against the United States thus depriving the trial court of jurisdiction to try the non offenses alleged in the indictment. This honorable court ordered the government to respond [DC Doc 2]. Said response filed at [DC Doc 4]. Thereafter Petitioner served his reply on October 20, 2015. Thus the petition for Writ of Habeas Corpus remains under advisement for more than six months subsequent to completion of briefing.

Petitioner contends that habeas corpus proceedings whether brought under the statutory scheme created under 28 USC § 2241 or under Article 1 Section 9 Clause 2 of the United States Constitution which provides that the Writ of Habeas Corpus shall not be suspended, unless when in cases of Rebellion or Invasion the public safety may require it. Takes precedent over all other actions to insure that individual liberty interests are protected from arbitrary and capricious government action.

Petitioner contends that his right to habeas corpus relief is abridged by the delay of over six months past completion of briefing and that he is irreparably harmed by deprivation of his liberty every day said liberty is restrained unlawfully. Accordingly Petitioner moves this honorable court to set recognizance bail or order a bail hearing pending this courts determination of the merits of the petition for writ of habeas corpus ripe for court action since October 2015.

Respectfully submitted

_Richard Alan King_ pro se April 18, 2016

CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT ON APRIL 18 2016 I PERSONALLY DEPOSITED A COPY OF THE ATTACHED MOTION FOR BAIL IN THE UNITED STATES MAIL FIRST CLASS POSTAGE PREPAID ADDRESSED TO AUSA JEFFERY S. DOWNING 400 N.TAMPA STREET, SUITE 3200 TAMPA FLORIDA 33602.

Pursuant to 28 USC § 1746 "I declare under the penalty of perjury that the foregoing is true and correct. Executed on April 18, 2016."

_Richard Alan King_