**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION**

**RICHARD ALAN KING,**

    **Petitioner,**

**v.**                                                                                          **Case No: 5:15-cv-280-Oc-10PRL**

**WARDEN, FCC COLEMAN - USP I,**

    **Respondent.**

## ORDER

    This matter comes before the Court upon review of Petitioner's motion for bail (Doc. 11). To the extent Petitioner seeks release on bail while his § 2241 is pending, the Motion is denied. A prisoner seeking release on bail while a habeas corpus petition is pending must satisfy two circumstances: (1) he must demonstrate a likelihood of success on the merits of a substantial constitutional claim; and (2) extraordinary and exceptional circumstances must exist which make the grant of bail necessary to preserve the effectiveness of the habeas corpus relief sought. Gomez v. United States, 899 F.2d 11254, 1125 (11th Cir. 1990)(citations omitted). In other words, if Petitioner would not be eligible for release, even if he prevailed on the instant § 2241 petition, then he is not entitled to release on bail. Here, Petitioner has not satisfied any of the aforementioned requirements. At most, if Petitioner prevailed on the instant Petition, he would be entitled to a sentence recalculation.

    To the extent Petitioner seeks prompt resolution of his Petition, district courts have broad discretion in managing their cases. Chrysler Int'l Corp. V. Chenaly, 280 F.3d 1358, 1360 (11th Cir. 2002). The broad discretion given to the court includes the management of pretrial activities

such as discovery and scheduling. Id. (citing Johnson v. Board of Regents of Univ. Georgia, 263 F.3d 1234, 1269 (11th Cir. 2001). The Court handles all cases as expeditiously as possible considering its heavy criminal and civil dockets. Thus, Petitioner's motion is denied.

ACCORDINGLY, it is hereby

**ORDERED:**

Petitioner's motion for bail (Doc. 11) is **DENIED**.

**DONE AND ORDERED** at Ocala, Florida, this 3rd day of May 2016.

PHILIP R. LAMMENS
United States Magistrate Judge

Copies to: Pro Se Parties, Counsel of Record